**Larry E. RAIFORD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56873.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 6, 1990.

Dorothy Mae Hirzy, Sp. Public Defender, James S. McKay, St. Louis, Rosalynn Koch, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant, Larry Raiford, appeals from the dismissal of his Rule 29.15 motion without an evidentiary hearing because it was filed in an untimely manner. We affirm. The findings and conclusions of the motion court are not clearly erroneous and an extended opinion would have no precedential value. Rule 84.16(b).